UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

Case No. 15-20010-2

Honorable Nancy G. Edmunds

v.

LAMARC PEACOCK,

    Defendant/Petitioner.

_____/

## JUDGMENT

For the reasons stated in the Court's opinion and order denying Petitioner's motion to correct sentence under 28 U.S.C. § 2255 (ECF no. 114), Petitioner's motion is DENIED.

**SO ORDERED.**

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: March 27, 2019

I hereby certify that a copy of the foregoing document was served upon parties and counsel of record on March 27, 2019, by electronic and/or ordinary mail.

                        s/Lisa Bartlett
                        Case Manager